UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
_____
www.cand.uscourts.gov

| | |
|---|---|
| Susan Y. Soong<br>Clerk of Court | General Court Number<br>415-522-2000 |

April 25, 2019

**RE:  Abante Rooter and Plumbing, Inc. v. Progressive Business Funding, Inc.**
      **18-cv-06976-JCS**

**Default is declined as to defendant Progressive Business Funding, Inc. on April 25, 2019.**
**Service is not in compliance with CA Code of Civil Procedure 416.10.**

Susan Y. Soong, Clerk

*Gina Agustine*
_____
by:  Gina Agustine
Case Systems Administrator
(415) 522-2087